United States District Court
Southern District of Texas

**ENTERED**

July 21, 2021

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MT. HAWLEY INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| JAMAL & KAMAL, INC. a/k/a | § | CIVIL ACTION NO. H-20-2385 |
| JAMAL AND KAMAL, INC.; | § | |
| JHAH KS, LP; JHAH, LP; | § | |
| JHAH MO, LP; and JHAH | § | |
| PROPERTY HOLDINGS, LLC, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Order granting Mt. Hawley's Motion for Judgment on the Pleadings, it is **ORDERED, ADJUDGED, and DECREED** that there is no insurance coverage for Defendants' claims for coverage under the Mt. Hawley insurance policy that is the subject of this action, and that Defendants are not entitled to any payments under the Mt. Hawley insurance policy at issue.

Costs are taxed against Defendants.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 21st day of July, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE